*In re* **Bertuca,** Anthony Theodore (MR 17200)
Chicago, Illinois 60638

Order of the Court:

The petition by respondent Anthony Theodore Bertuca for leave to file exceptions to the report and recommendation of the Review Board is denied. Respondent is suspended from the practice of law for ninety (90) days, as recommended by the Review Board. Respondent Anthony Theodore Bertuca shall reimburse the Disciplinary Fund for any Client Protection payments arising from his conduct prior to the termination of the period of suspension.